Beverly Johnson (SBN 167335)
Dorsey & Whitney LLP
38 Technology Drive Suite 100
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
E-mail: johnson.beverly@dorsey.com

Sri K. Sankaran (SBN 236584)
Eric R. Sherman (admitted *Pro Hac Vice*)
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-8856
E-mail: sankaran.sri@dorsey.com
E-mail: sherman.eric@dorsey.com

Attorneys for Plaintiff
The American Registry of
Radiologic Technologists

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS<br><br>Plaintiff,<br>v.<br><br>MCLANE J. HANSEN, ET AL.,<br><br>Defendants. | Case No. CV07-06224-MMM (AGRx)<br><br>**~~PROPOSED~~ ORDER DISMISSING DEFENDANT TIFFINI HANSEN** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT Defendant Tiffini Hansen is dismissed from this action with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: December 2, 2008

*Margaret M. Morrow*
The Honorable Margaret M. Morrow
United States District Judge